# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:26-cv-00635-RGK-JDE | Date | February 18, 2026 |
|---|---|---|---|
| Title | *Israel Uriarte Villa et al. v. Kristi Noem et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Petitioner's Request to Set Hearing on Order to Show Cause for Preliminary Injunction [8]**

In light of the Court's denial of the temporary restraining order ("TRO") [ECF No. 7], Petitioner's request pursuant to Local Rule 65-1 to convert the application for a temporary restraining order to an application for a preliminary injunction and set a hearing on the order to show cause without regard to the twenty-eight (28) days notice of motion requirement is **GRANTED.**

The Court sets the following briefing:

Opposition shall be due Monday, February 23, 2026 by 3:00 PM.

Any reply shall be due Tuesday, February 24, 2026 by 3:00 PM.

The matter will be deemed submitted without oral argument upon the filing of a reply or upon expiration of the reply deadline, whichever occurs first. The Court's ruling will follow upon review of properly submitted documents.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/sh |